UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  19-8303-WM

UNITED STATES OF AMERICA

vs.

ESTEBAN RAMIREZ-JUAN,
    a/k/a Esteban R. Juan,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  _____ Yes   __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Stephanie Evans*
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY
Fla Bar No. 255180
500 S. Australian Blvd. Suite 400
West Palm Beach, Florida 33401- 6235
Tel. No. (561) 820-8711
Fax No. (561) 659-4526
Stephanie.d.evans@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| ESTEBAN RAMIREZ-JUAN, | ) Case No. 19-8303-WM |
| a/k/a Esteban R. Juan, | ) |
| | ) |
| Defendant(s) | ) |

FILED BY _____ D.C.
AUG - 6 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 5, 2019__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, ICE TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: August 6, 2019

_____
Judge's signature

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over sixteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Esteban RAMIREZ-JUAN, also known as Esteban R. JUAN committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about August 5, 2019, Esteban RAMIREZ-JUAN was arrested in Palm Beach County, Florida on charge of domestic battery. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Esteban RAMIREZ-JUAN.

4. A review of the immigration alien file shows that Esteban RAMIREZ-JUAN is a native and citizen of Guatemala. Records further show that on or about September 12, 2013, Esteban RAMIREZ-JUAN was ordered removed. The Order of Removal was executed on or about September 18, 2013, whereby Esteban RAMIREZ-JUAN was removed from the United States and returned to Guatemala.

1

5. I scanned Esteban RAMIREZ-JUAN's fingerprints taken in connection with his August 5, 2019 arrest in Palm Beach County into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is, that is Esteban RAMIREZ-JUAN.

6. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Esteban RAMIREZ-JUAN filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Esteban RAMIREZ-JUAN obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 5, 2019, Esteban RAMIREZ-JUAN, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Task Force Officer
Homeland Security Investigations

Subscribed and sworn to before me
this 6th day of August 2019.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

2